## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JASON BATANSKY : | **JURY TRIAL DEMANDED** |
| Plaintiff, : | **CIVIL ACTION** |
| v. : |  |
| : | **No. 16-cv-0040** |
| ICHABOD ICE, LLC : |  |
| Defendant. : |  |

## VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

In accordance with Fed R. Civ. P. 41(a), please dismiss the above captioned with prejudice upon payment of your costs.

Respectfully submitted,

01/26/16                                              /s/William B. Jameson
DATE                                                  William B. Jameson, Esquire
                                                      Attorney ID. # Pa 58949
                                                      Attorney for Plaintiff

                                                      Spadea, Lanard & Lignana, LLC
                                                      The Philadelphia Building
                                                      1315 Walnut Street, Suite 1532
                                                      Philadelphia, PA  19107
                                                      (215) 525-1165, ext. 118
                                                      wjameson@spadealaw.com